Elizabeth L. Gade, Esq., CSB 161495
Bruce J. Hagel, Esq., CSB 63531
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA 95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES FINN,

          Plaintiff,

   vs.

JO ANNE BARNHART,

          Defendant

**CASE NO. 06-CV-01305 KJM**

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

     IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his Motion for Summary Judgment in the above-referenced case is hereby extended from the present date of January 25, 2007, by twenty-nine days, to February 23, 2007.

     This is the third and last extension requested.

     DATED:   January 24, 2007          OLSON, HAGEL & FISHBURN, LLP

                    By:   ___/s/ Elizabeth L. Gade_____
                        ELIZABETH L. GADE, ESQ.
                        Attorneys for Plaintiff

///

///

///

OLSON HAGEL & FISHBURN LLP
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814

1

**STIPULATION**

DATED: _January 24, 2007

McGREGOR W. SCOTT
United States Attorney


By: /s/ Mary P. Parnow
Mary Parnow
Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before the Court is plaintiff's stipulated motion for an extension of time filed on January 24, 2007.

The court issued a scheduling order on June 13, 2006, which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on October 10, 20006.   Plaintiff now seeks an extension of time to February 23, 2007, to file a dispositive motion.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by February 23, 2007.

DATED:  January 25, 2007.


_____
U.S. MAGISTRATE JUDGE

OLSON HAGEL & FISHBURN LLP
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814

2

**STIPULATION**